SUPPRESSED

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. ___15-40019-JPG___ |
| | ) | |
| vs. | ) | |
| | ) | Title 18, United States Code, |
| | ) | Section 115(a)(1(B). |
| STEVEN I. VIZCARRONDO, | ) | |
| | ) | |
| Defendant, | ) | |

**INDICTMENT**

**FILED**

**THE GRAND JURY CHARGES:**

FEB 0 3 2015

At all times relevant and material to this Indictment:

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

**COUNT 1**

**(Influencing Federal Official by Threat)**

On or about January 27, 2015, in Jackson County, in the Southern District of Illinois,

**STEVEN VIZCARRONDO**

the defendant, did threaten to assault and murder R.O., a Social Security Administration employee, with intent to impede, intimidate and interfere R.O. while he was engaged in the performance of his official duties, in violation of Title 18, United States Code, Section 115(a)(1)(B).

**A TRUE BILL**



1

STEPHEN R. WIGGINTON
United States Attorney
Southern District of Illinois

JOHN C. CONSTANCE
Special Assistant United States Attorney

Recommendation:    Detention